# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 23-62267-BEM | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | CLARENDON THREE, LLC | Date Filed (f) or Converted (c): | 12/11/2023 (f) |
| | | § 341(a) Meeting Date: | 01/16/2024 |
| For Period Ending: | 06/30/2024 | Claims Bar Date: | 04/17/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Truist Bank, xxxxxx4383 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | File Cabinet | 100.00 | 100.00 | | 0.00 | FA |
| 4 | HP Printer, ThinkPad Laptop | 175.59 | 175.59 | | 0.00 | 175.59 |
| 5 | Other machinery: Pens, Stapler, Stapler Remover, Copy Paper, File Folders | 50.00 | 50.00 | | 0.00 | FA |
| 6 | Proceeds from pre-petition sale of 1090 Village Main Street, Stone Mountain, GA 30088 in August 2023 (u) | Unknown | Unknown | | 0.00 | Unknown |
| 6 | **Assets       Totals     (Excluding unknown values)** | **$325.59** | **$325.59** | | **$0.00** | **$175.59** |

**Major Activities Affecting Case Closing:**

Trustee is investigating the use/transfer of funds received from the sale of real property in August 2023 for $125k.

1/17/2024 - Trustee declared case an asset case and requested claims bar date be set.

4/17/2024 - Claims bar date is 4/17/2024.  6 claims have been filed.

| Initial Projected Date Of Final Report (TFR): | 12/31/2026 | Current Projected Date Of Final Report (TFR): | 12/31/2026 |
|---|---|---|---|