# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 23-62269-JWC  
**Case Name:** DAIDRIE LANGLEY GRAHAM  
**For Period Ending:** 06/30/2024

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 12/11/2023 (f)  
**§ 341(a) Meeting Date:** 01/16/2024  
**Claims Bar Date:** 04/17/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Electric toothbrush, Facial Cleanser Brush, Laptop, Ipad, Mobile Phone, Television | 1,875.00 | 875.00 | | 0.00 | 1,875.00 |
| 2 | 12 Jeans, 20 T shirts, 2 Leather Jackets, 20 Dress Pants, 8 Coats/Jackets, 5 Baseball Caps, 12 Dress Tops, 12 Dresses, 25 Shoes, 12 Sandals, 6 Shawls, 6 Sneakers, 10 Scarfs, 12 Summer Shorts, 12 Night Outfits, 6 Boots, 4 Jean Jackets, | 4,350.00 | 3,350.00 | | 0.00 | 4,350.00 |
| 3 | Silver Necklaces, Silver Bangles, Michelle Watch, Gold Chain, Pearl Earring, Gold Earring, Birthstone Earrings, Pearl Necklace, | 3,400.00 | 2,900.00 | | 0.00 | 3,400.00 |
| 4 | Certificates of deposit: Credit Union 1 IRA Certificates<br>Scheduled amount verified to account statement. | 585.00 | 0.00 | | 0.00 | FA |
| 5 | Certificates of deposit: Credit Union 1 IRA Certificates<br>Scheduled amount verified to account statement. | 638.67 | 0.00 | | 0.00 | FA |
| 6 | Certificates of deposit: Credit Union 1 IRA Certificates<br>Scheduled amount verified to account statement. | 3,292.45 | 0.00 | | 0.00 | FA |
| 7 | Checking account: Truist Bank | 90.00 | 0.00 | | 0.00 | 90.00 |
| 8 | Checking account: Truist Bank | 213.00 | 0.00 | | 0.00 | 213.00 |
| 9 | Savings account: Bank Of America | 194.61 | 0.00 | | 0.00 | 194.61 |
| 10 | Savings account: Navy Federal Credit Union | 356.83 | 0.00 | | 0.00 | 356.83 |
| 11 | Savings account: Credit Union 1<br>Scheduled amount verified to account statement. | 505.00 | 0.00 | | 0.00 | FA |
| 12 | Fidelity<br>Scheduled amount verified to investment statement. | 1,333.00 | 0.00 | | 0.00 | FA |
| 13 | Peerless Logistics System Atlanta LLC<br>Chapter 7 Case # 23-62265-JWC | Unknown | 0.00 | | 0.00 | 0.00 |
| 14 | PEERLESS TRANSPORTATION SERVICES LLC | Unknown | 0.00 | | 0.00 | 0.00 |
| 15 | Peerless Logistics System LLC (33% Ownership) | Unknown | 0.00 | | 0.00 | 0.00 |
| 16 | Peerless Distribution System, LLC | Unknown | 0.00 | | 0.00 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case No.: | 23-62269-JWC | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | DAIDRIE LANGLEY GRAHAM | Date Filed (f) or Converted (c): | 12/11/2023 (f) |
| | | § 341(a) Meeting Date: | 01/16/2024 |
| For Period Ending: | 06/30/2024 | Claims Bar Date: | 04/17/2024 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Jackson Parker, LLC | Unknown | 0.00 | | 0.00 | 0.00 |
| 18 | Peerless Systems, Inc. | Unknown | 0.00 | | 0.00 | 0.00 |
| 19 | CLARENDON THREE, LLC<br>Chapter 7 Case # 23-62267-JWC | Unknown | 0.00 | | 0.00 | 0.00 |
| 20 | IRA: Capital Group<br>Scheduled amount verified to account statement. | 51,029.00 | 0.00 | | 0.00 | FA |
| 21 | Funds held by RLKG beloning to Debtor<br>Non exempt funds recovered on 7/15/24. | 17,210.22 | 13,218.78 | | 0.00 | 17,210.22 |
| 22 | Alimony from Vernon Graham<br>Monthly payment. Trustee Objected to exemption, Dkt # 37 | 6,250.00 | 0.00 | | 0.00 | 6,250.00 |
| 23 | Insurance Policy: State Farm<br>Beneficiary: Tajha Galloway, Zahria Graham, Vernon Graham | Unknown | 0.00 | | 0.00 | 0.00 |
| 24* | 3 carat Diamond Ring (in possession of Marsel Spears) (u)<br>See amended schedule A, Dkt # 16. (See Footnote) | 50,000.00 | 20,000.00 | | 0.00 | 50,000.00 |
| 25* | Adversary case 24-05100. Complaint against Vernon Graham (u) (See Footnote) | 744,494.78 | 744,494.78 | | 0.00 | 744,494.78 |
| 25 | **Assets         Totals     (Excluding unknown values)** | **$885,817.56** | **$784,838.56** | | **$0.00** | **$828,434.44** |

RE PROP# 24    Also see adversary, case #24-05099. Complaint against Marsel Spears, Complaint for Turnover.

RE PROP# 25    Complaint to (1) Avoid and set aside transfers, (2) Recover property or its value for the benefit of the estate. Value is bankruptcy estate's net equity in four properties. Value of bank account and other possible transfers is unknown.

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Page: 3

| | |
|---|---|
| **Case No.:** 23-62269-JWC | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** DAIDRIE LANGLEY GRAHAM | **Date Filed (f) or Converted (c):** 12/11/2023 (f) |
| | **§ 341(a) Meeting Date:** 01/16/2024 |
| **For Period Ending:** 06/30/2024 | **Claims Bar Date:** 04/17/2024 |

**Major Activities Affecting Case Closing:**

1/17/2024 - Declared as an asset case and claims bar date requested.

4/17/2024 - Claims bar date.

5/1/2024 - Trustee filed adversary 24-5099 against Marsel Sears for turnover of ring in his possession.

5/1/2024 - Trustee filed adversary 24-5100 against Vernon Graham relating to pre-petition transfer of assets.

5/2/2024 - Trustee filed objection to claimed exemption in alimony payments

5/2/2024 - Trustee filed adversary 24-5103 objecting to discharge.

7/15/2024 - Trustee took possession of non-exempt funds held at RLKG.

**Initial Projected Date Of Final Report (TFR):**   12/31/2026          **Current Projected Date Of Final Report (TFR):**   12/31/2026